IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01395-WYD-CBS

NIKOLA BARZAKOV,

    Petitioner,

v.

JOHN LONGSHORE, Field Office Director, United States Immigration and Customs Enforcement, and any other person having said Petitioner in custody,

    Respondent(s).

## ORDER

THIS MATTER is before the Court on Petitioner's Motion for Order of Dismissal [doc. #5], filed June 23, 2009 in conjunction with the parties' Joint Status Report.  In the Motion, Petitioner indicates that there remain no issues for the Court to decide in this case and that Respondent does not oppose dismissal.  The Court having reviewed the Motion and being fully advised in the premises therein, it is hereby

ORDERED that Petitioner's Motion for Order of Dismissal [doc. #5], filed June 23, 2009, is **GRANTED** and this case is **DISMISSED**.

Dated:  June 25, 2009

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge